UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICK-FIL-A, INC., <br><br> Plaintiff, <br><br> v. <br><br> AGRI STATS, INC., ET AL., <br><br> Defendants. | **Case No. 1:20-cv-7205** |

**PLAINTIFF CHICK-FIL-A, INC.'S NOTIFICATION OF AFFILIATES
PURSUANT TO LOCAL RULE 3.2**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Plaintiff Chick-fil-A, Inc. states that no publicly traded corporation is a member of, or owns 5% or more of Chick-fil-A, Inc.

Respectfully Submitted,

Dated: December 4, 2020

/s/ Julie B. Porter
Julie B. Porter (#6243787)
SALVATORE PRESCOTT PORTER
& PORTER, PLLC
1010 Davis Street
Evanston, IL 60201
(312) 283-5711
porter@sppplaw.com

*Attorney for Plaintiff Chick-fil-A, Inc.*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of December, 2020, I caused true and correct copies of the foregoing document to be served upon all counsel of record via the Court's CM/ECF system.

/s/ Julie B. Porter