# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE: BROILER CHICKEN ANTITRUST LITIGATION*<br><br>THIS DOUCMENT RELATES TO:<br><br>*Chick-fil-A, Inc. v. Agri Stats, Inc. et al*, Case No. 20-cv-7205. | Main Case No.: 1:16-CV-08637<br><br><br>Hon. Judge Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

## <u>STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF PERDUE FOODS LLC AND PERDUE FARMS, INC</u>

Plaintiff Chick-Fil-A, Inc. ("Chick-fil-A" or "Plaintiff") and Defendants Perdue Farms, Inc. and Perdue Foods LLC (collectively, "Perdue") submit this Stipulation of Dismissal With Prejudice.

1. This Stipulation of Dismissal With Prejudice ("Stipulation") is between Plaintiff and Perdue.

2. This Stipulation relates only to Case No. 20-cv-7205, which has been administratively consolidated pursuant to Local Rule 40.4(a) within the matter captioned *In re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill.).

3. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Perdue stipulate and agree to the dismissal with prejudice of all of Plaintiff's claims against Perdue, with each side bearing their own attorneys' fees and costs.

4. This Stipulation has no bearing on Plaintiff's claims against all Defendants other than Perdue.

WHEREFORE, the parties respectfully request the Court issue the [Proposed] Order of Dismissal.

Dated: May 21, 2026

Respectfully submitted,

/s/ *Ryan P. Phair*
Ryan P. Phair (#479050)
PAUL HASTINGS LLP
2050 M Street NW Washington, D.C. 20036
Tel: (202) 551-1700
ryanphair@paulhastings.com

*Counsel for Plaintiff Chick-fil-A, Inc.*

/s/ *Danielle Foley*
J. Douglas Baldridge (437768)
Danielle Foley (admitted pro hac vice)
Lisa Jose Fales (admitted pro hac vice)
Andrew Hernacki (admitted pro hac vice)
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
jdbaldridge@venable.com
drfoley@venable.com
ljfales@venable.com
athernacki@venable.com

Kirstin B. Ives
FALKENBERG IVES LLP
30 N. LaSalle St., Ste 4020
Chicago, IL 60602
Telephone: (312) 566-4803
Facsimile: (312) 566-4810
kbi@ffilaw.com

*Counsel for Perdue Farms, Inc. and Perdue Foods LLC*

**SO ORDERED:** _Thomas M Durkin_ Dated: May 22, 2026